IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT AINBINDER,<br>　　　　Plaintiff,<br><br>v.<br><br>COMERFORD FAMILY LIMITED<br>PARTNERSHIP and JOHN COMERFORD,<br>　　　　Defendants. | NO. 2:18-CV-05425<br><br>(JUDGE BIANCO) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Nicholas Fortuna of the law firm Allyn & Fortuna LLP, 1010 Avenue of the Americas, 3rd Floor, New York, New York, 10018, hereby appears in the above-captioned action as counsel for Defendants COMERFORD FAMILY LIMITED PARTNERSHIP and JOHN COMERFORD.

Dated:  December 28, 2018

　　　　　　　　　　　　　　　　**ALLYN & FORTUNA, LLP**

　　　　　　　　　　　　　　　　By:  /s/ Nicholas Fortuna
　　　　　　　　　　　　　　　　　　　Nicholas Fortuna, Esquire
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　1010 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, New York 10018
　　　　　　　　　　　　　　　　　　　(212) 213-8844
　　　　　　　　　　　　　　　　　　　(212) 213-3318 – Fax